# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-cr-00028-BCW-1 |
| ) | |
| MICHAEL EUGENE BURCH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. #30) denying Defendant's Motion to Dismiss Based on Post-Indictment Delay (Doc. #16). Defendant filed objections (Doc. #31) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Maughmer's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Defendant's objections (Doc. #31) are OVERRULED for the reasons stated in the Report and Recommendation (Doc. #30), Defendant's Motion to Dismiss Based on Post-Indictment Delay (Doc. #16) is DENIED.

It is further

ORDERED that Magistrate Judge Maughmer's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: August 23, 2017          /s/ Brian C. Wimes
                                JUDGE BRIAN C. WIMES
                                UNITED STATES DISTRICT COURT